## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*June 6, 2007*

[Cite as *06/06/2007 Case Announcements,* 2007-Ohio-2632.]

## MERIT DECISIONS WITHOUT OPINIONS

**2006-2358. State ex rel. Patterson v. Indus. Comm.**
Franklin App. No. 05AP-1247. On motions of Industrial Commission of Ohio and Greater Cleveland Regional Transit Authority to dismiss appeal. Motions granted. Cause dismissed.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.